**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENN R. MILLER, Plaintiff, | : | |
| v. | : | Civil No. 2:22-cv-04264-JLS |
| PAUL EVANS, *et al.*, Defendants. | : | |

**ORDER**

**AND NOW**, this 6th day of August, 2026, upon consideration of the Motion for Summary Judgment filed by Defendants Paul Evans and the Pennsylvania Department of Corrections, and all related filings in support and in opposition thereto, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 82) is **GRANTED WITH PREJUDICE**; and
2. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**