**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENN R. MILLER, | : | |
| Plaintiff, | : | |
| v. | : | No. 2:22-cv-04264-JLS |
| PAUL EVANS and PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Glenn R. Miller appeals to the United States Court of Appeals for the Third Circuit from the Order entered on August 6, 2026 [ECF No. 90], attached as Exhibit A, granting Defendants' Motion for Summary Judgment, the Opinion entered on August 6, 2026 [ECF No. 89], attached as Exhibit B, and all other orders, rulings, findings, decisions and opinions entered in this action and related thereto.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Paul H. Saint-Antoine*

Paul H. Saint-Antoine (PA No. 56224)
Edward J. DeLuca III (PA No. 334254)
Angela Lam (PA No. 334577)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
paul.saint-antoine@faegredrinker.com
edward.deluca@faegredrinker.com
angela.lam@faegredrinker.com

Shannon Gillooly (NJ No. 467642024)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
shannon.gillooly@faegredrinker.com

*Counsel for Plaintiff Glenn R. Miller*

**CERTIFICATE OF SERVICE**

I, Shannon Gillooly, hereby certify that on September 8, 2026, a true and correct copy of *Plaintiff's Notice of Appeal* was served via the Court's electronic filing system upon all counsel of record.

Dated: September 8, 2026 By: */s/ Shannon Gillooly*